UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| D'AMICO DRY LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:15-CV-0039 ADMIRALTY |
| PASHA FINANCE, INC. As owners of the M/T CAPE TALARA, | § § § § | |
| Defendant. | § | |

## ORDER VACATING ATTACHMENT

Before the Court is the defendant, Pasha Finance, Inc.'s motion to vacate the maritime Rule B attachment filed in the above-captioned matter and Order of attachment dated January 9, 2015 (Doc No. 3). After having reviewed the motion and otherwise being fully advised, the Court is of the opinion that the motion is well-taken and should be granted.

It is therefore, ORDERED that the motion to vacate the maritime Rule B attachment filed in the above-captioned matter is GRANTED, and the attachment of the M/T CAPE TALARA is hereby vacated.

It is so ORDERED.

SIGNED on this 16th day of January, 2015.

Keith Ellison
United States District Judge